# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTIN MONTANEZ-RINCON,<br>　　　　Petitioner,<br>　　　v.<br>UNITED STATES OF AMERICA,<br>　　　　Respondent. | Case No. ED CV 14-0316 DDP (JCG)<br><br>**JUDGMENT** |

　　　IT IS ADJUDGED that the above-captioned action is **DISMISSED** for the reasons set forth in the Order Denying Motion for Temporary Stay of Deportation and Dismissing Action for Lack of Jurisdiction.

DATED: April 15, 2014

_____
HON. DEAN D. PREGERSON
UNITED STATES DISTRICT JUDGE